IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANCE SPRATT,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. CV-05-3076-CI<br><br><br>ORDER GRANTING<br>MOTION TO REMAND |

Based on the stipulation of the parties,

**IT IS ORDERED** that the Commissioner's decision in regard to Plaintiff's applications for Supplemental Security Income disability benefits under Title XVI of the Social Security Act be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the ALJ shall: 1) update the medical record; 2) obtain a mental status examination with psychological testing; 3) evaluate Plaintiff's

obesity; and 4) complete any other actions necessary to develop the record and issue a new decision.

DATED May 22, 2006.

                        S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE